FORM 9 (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western

In the matter of:
MILLIGAN, HOLLY JANE

Case No. 09-38041 W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $5.18 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank, c/o Resurgent Capital, Services, PO Box 19008 Greenville, SC 29602 | 8 | 3.44 |
| Chase Bank USA, N.A c/o Creditors Bankruptcy Service, P O Box 740933 Dallas, TX 75374 | 10 | 1.74 |